PROB 12A
(7/93)

FILED
DISTRICT COURT OF GUAM
MAR 16 2006
MARY L.M. MORAN
CLERK OF COURT

*United States District Court*

for

*District of Guam*

## Report on Offender Under Supervision

Name of Offender: **Johnny Wu Su**  Case Number: **CR 01-00089-001**

Name of Sentencing Judicial  John S. Unpingco

Date of Original Sentence:  July 23, 2002

Original Offense:  Possession with Intent to Distribute Crystal Methamphetamine Hydrochloride aka "ICE" in violation of 21 United States Code Section 841(a)(1).

Original Sentence:  60 month term of imprisonment followed by a 96 month term of supervised release with conditions: not use or possess illegal controlled substances and shall submit to one urinalysis within 15 days after release from imprisonment and to two more urinalyses thereafter; refrain from the use of any and all alcoholic beverages; participate in a substance abuse treatment program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse and make co-payment for treatment at rate to be determined by the U.S. Probation Office. Shall undergo a mental health assessment approved by the U.S. Probation Office and shall submit to any recommended treatment as a result of that assessment and make co-payment for treatment at a rate to be determined by the U.S. Probation Office; support his dependents and perform 400 hours of community service under the direction of the U.S. Probation Office; and pay a $100 special assessment fee.

Type of Supervision: Supervised Release  Date Supervision December 3, 2004

### NONCOMPLIANCE SUMMARY

Violation Number  Nature of Noncompliance

Mr. Su has been ordered to undergo a mental health assessment approved by the U.S. Probation Office, and submit to any recommended treatment as a result of that assessment. On August 23, 2003, Mr. Su completed an Introduction to Anger Management program while in the custody of the Bureau of Prisons. On February 20, 2004, he completed the Bureau of Prisons' 500 hour Comprehensive Substance Abuse Treatment Program.

Since released from imprisonment, Mr. Su has completed the Drug and Alcohol Rehabilitation Program with the partnership of Melendez/Benavente. The substance assessment conducted by William Melendez Jr. recommended that he be monitored to ascertain the need for anger management. Throughout the program, there were no indications that Mr. Su was in need of mental health treatment. Additionally, the mental health assessment condition was discussed with counselor William Melendez Jr., who indicated that Mr. Su does not appear to be in need of mental health treatment, and that his previous anger management issues arose as a result of his concurrent drug use. Mr. Su will continue to be monitored and will be referred for mental health assessment if needed. It is respectfully recommended that the special condition requiring treatment be suspended.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 3/15/06

Respectfully submitted,

by: GRACE D. FLORES
U.S. Probation Officer

Date: March 14, 2006

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other   No action to be taken.

Signature of Judicial Officer

March 16, 2006
Date



RECEIVED
MAR 15 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM