IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE



**FILED**
DISTRICT COURT OF GUAM
APR 13 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-01-00089    DATE: APRIL 13, 2006

HON. ROGER T. BENITEZ, District Judge, Presiding    Law Clerk: None Present
Official Court Reporter: Wanda Miles    Courtroom Deputy: Glenn Rivera
Hearing Electronically Recorded - 11:24.44 - 11:31.10    CSO: J. Lizama

**APPEARANCES**

DEFT: __JOHNNY WU SU__    ATTY: __JOHN GORMAN__
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: RUSSELL STODDARD    AGENT: NONE PRESENT

U.S. PROBATION: GRACE FLORES    U.S. MARSHAL: NONE PRESENT

INTERPRETER: _____    ( ) SWORN    LANGUAGE: _____
    ( ) PREVIOUSLY SWORN

PROCEEDINGS: INITIAL APPEARANCE - ORDER TO SHOW CAUSE HEARING WHY TERM OF SUPERVISED RELEASE SHOULD NOT BE MODIFIED

( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: __FEDERAL PUBLIC DEFENDER__, APPOINTED
( ) DEFENDANT SWORN AND EXAMINED    AGE: ___    HIGH SCHOOL COMPLETED: ___
( ) DEFENDANT ARRAIGNED ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES

( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) PLEA ENTERED: ( ) *GUILTY* ( ) *NOT GUILTY* - TO:
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____    PLEA: ( ) *ACCEPTED* ( ) *REJECTED*

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

DEFENDANT IS PRESENT AND ON SUPERVISED RELEASE.

COURT GRANTS GOVERNMENT'S AND PROBATION'S REQUEST TO MODIFY DEFENDANT'S CONDITIONS OF SUPERVISED RELEASE.

THE COURT MODIFIES THE DEFENDANT'S CONDITIONS OF SUPERVISED RELEASE TO INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. HE SHALL SUBMIT TO UP TO EIGHT DRUG TESTS A MONTH FOR USE OF A CONTROLLED SUBSTANCE.