AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
APR 14 2006
MARY L.M. MORAN
CLERK OF COURT

U.S. MARSHALS - GUAM RECEIVED
11 APR 2006 10 29

UNITED STATES OF AMERICA
V.

**JOHNNY WU SU**

(Name and Address of Defendant)

AMENDED SUMMONS IN A CRIMINAL CASE

Case Number: **CR-01-00089**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| Before: **HONORABLE ROGER T. BENITEZ** | Date and Time<br>Thursday, April 13, 2006 at 11:15 a.m. |

To answer a(n)
- Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**HEARING TO ANSWER OR SHOW CAUSE WHY TERM OF SUPERVISED RELEASE SHOULD NOT BE MODIFIED**
(See attached Request for Modification of Conditions or Term of Supervision and Declaration of Petition)

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**April 11, 2006**
Date

AO 83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]    Date  4/13/2006

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:

UNITED STATES MARSHALS SERVICE
ATTN:
520 W. SOLEDAD AVE, SUITE 344
HAGATNA, GUAM 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  4/13/2006
          Date

J. Salas
Name of United States Marshal

V. Roman
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.