DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>**JOHNNY WU SU**,<br><br>　　　　　　Defendant. | CRIMINAL CASE NO. **01-00089**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to April 5, 2006.

Dated this 13th day of April, 2006.

_____
ROGER T. BENITEZ, Designated District Judge
U.S. DISTRICT COURT OF GUAM

**ORIGINAL**