# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Johnny Wu Su, <br><br> Defendant. | Case No. 1:01-cr-00089 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Appointment Order filed April 14, 2006, on the dates indicated below:

U.S. Attorney's Office          Federal Public Defender
April 17, 2006                  April 17, 2006

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Appointment Order

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 17, 2006                    /s/ Renee M. Martinez
                                            Deputy Clerk