# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

FILED
DISTRICT COURT OF GUAM
AUG 21 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

JOHNNY WU SU

## WARRANT FOR ARREST

Case Number: CR-01-00089

U.S. MARSHALS--GUAM RECEIVED 17 AUG 2006 02

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JOHNNY WU SU__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE MODIFIED OR REVOKED

SEE PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION AND ORDER SEPARATELY FILED ON AUGUST 15, 2006

in violation of Title __18__ United States Code, Section(s) __3583__

| | |
|---|---|
| MELISSA L. TRAUNER | _Melissa L. Trauner_ (signature) |
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 8/17/2006     HAGATNA, GUAM |
| Title of Issuing Officer | Date     Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

U.S. District Court D/Guam

| DATE RECEIVED 8/17/06 | NAME AND TITLE OF ARRESTING OFFICER John Curry USMS | SIGNATURE OF ARRESTING OFFICER _signature_ USMS |
|---|---|---|
| DATE OF ARREST 8/21/06 | | |

ORIGINAL

AO 442    (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __JOHNNY WU SU__

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____          WEIGHT: _____

SEX: _____          RACE: _____

HAIR: _____          EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: