# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## REVOCATION

CASE NO.: CR-01-00089                    DATE: August 22, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                    Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez       Electronically Recorded: 2:42:12 - 2:52:15
CSO: J. McDonald

**APPEARANCES:**

Defendant: Johnny Wu Su                          Attorney: Richard Arens
  ☑ Present ☑ Custody ☐ Bond                  ☑ Present ☐ Retained ☑ FPD
  ☐ P.R.                                       ☐ CJA

U.S. Attorney: Frederick A. Black                U.S. Agent:
U.S. Probation: Grace Flores                     U.S. Marshal: J. Curry / W. Gray
Interpreter:                                     Language:

**PROCEEDINGS: Initial Appearance and Order to Show Cause Why Supervised Release Conditions Should Not Be Revoked**

- The Court appointed the Federal Public Defender to represent the defendant. Counsel was instructed to submit a Financial Affidavit.
- Defense moved for a continuance and stated his reasons.
- Government had no objections.
- Motion to Continue - Granted
- Proceedings continued to: September 19, 2006 at 10:30 a.m. before Judge England.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES:

Case 1:01-cr-00089    Document 32    Filed 08/22/2006    Page 1 of 1