FILED
DISTRICT COURT OF GUAM
AUG 22 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**JOHNNY WU SU,**<br><br>    Defendant. | CRIMINAL CASE NO. 01-00089<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to August 17, 2006.

Dated this 22nd day of August, 2006.

---

JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

**ORIGINAL**