AO 471 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

District of **GUAM**

UNITED STATES OF AMERICA

v.

**JOHNNY WU SU**

*Defendant*

Case **CR-01-00089**

ORDER OF TEMPORARY DETENTION TO PERMIT REVOCATION OF CONDITIONAL RELEASE, DEPORTATION OR EXCLUSION

**FILED**
DISTRICT COURT OF GUAM
AUG 23 2006
MARY L.M. MORAN
CLERK OF COURT

I find that the defendant

**X** is, and was at the time the alleged offense was committed:

☐ on release pending trial for a felony under federal, state, or local law.

☐ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

**X** on probation or supervised release for an offense under federal, state, or local law; or

☐ is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant may

☐ flee, or **x** pose a danger to another person or the community.

I accordingly ORDER the detention of the defendant without bail pending Continued Order to Show Cause Hearing scheduled for **September 19, 2006 at 10:30 a.m.**

Date: **August 22, 2006**

Joaquin V. E. Manibusan, Jr., Magistrate Judge
*Judicial Officer*

**ORIGINAL**