# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## REVOCATION

CASE NO.: CR-01-00089                    DATE: September 19, 2006

HON. MORRISON C. ENGLAND, Designated Judge, Presiding
Law Clerk: None Present                  Court Reporter: Veronica Flores
Courtroom Deputy: Virginia T. Kilgore    Electronically Recorded: 10:35:50 - 10:39:40
CSO: B. Benavente / P. Taijeron

**APPEARANCES:**

Defendant: Johnny Wu Su                  Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.       ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Frederick A. Black        U.S. Agent:
U.S. Probation: Grace Flores             U.S. Marshal: C. Marquez
Interpreter:                             Language:

**PROCEEDINGS: Continued Order to Show Cause Why Supervised Release Conditions Should Not Be Revoked**

- Defense counsel's oral motion to withdraw <u>granted</u>.
- G. Patrick Civille appointed to represent the defendant. Appointment acknowledged and accepted by Mr. Civille.
- The Court ordered the transfer of all documents to new counsel.
- Mr. Civille's motion for a continuance is granted. The Court set a further hearing for September 27, 2006 at 10:00 a.m.
- Defendant to remain the custody of the U.S. Marshals Service.

NOTES: