

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　vs.<br>**JOHNNY WU SU,**<br><br>　　　　　Defendant. | CRIMINAL CASE NO. **01-00089**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **G. PATRICK CIVILLE** is appointed to represent defendant in the above-entitled case.

Dated this 19th day of September, 2006.

_____
MORRISON C. ENGLAND, JR., Designated Judge
UNITED STATES DISTRICT JUDGE