# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-01-00089                                    DATE: September 27, 2006

HON. MORRISON C. ENGLAND, JR., Designated Judge, Presiding
Law Clerk: None Present                     Court Reporter: Cecille Flores
Courtroom Deputy: Virginia T. Kilgore       Electronically Recorded: 11:54:51 - 12:20:25
CSO: B. Benavente

**APPEARANCES:**

Defendant: Johnny Wu Su                     Attorney: G. Patrick Civille
☑ Present ☑ Custody ☐ Bond ☐ P.R.          ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Frederick A. Black           U.S. Agent:
U.S. Probation: Grace Flores                U.S. Marshal: G. Perez / V. Roman
Interpreter:                                Language:

**PROCEEDINGS: Further Proceedings on Order to Show Cause Why Supervised Release Conditions Should Not Be Revoked**
- Allegations stated by the Court.
- Defendant admits to the allegations.
- Revocation of supervised release granted.
- Defendant committed to the Bureau of Prisons for a term of 30 months.
- Court recommendation to the Bureau of Prisons at Northern California.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 66 months, with conditions (refer to Judgment for conditions of supervised release).
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: