CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant Johnny Wu Su*



FILED
DISTRICT COURT OF GUAM
OCT 1 6 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. CR-01-00089 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF APPEAL** |
| | ) | |
| JOHNNY WU SU, | ) | |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that Johnny Wu Su hereby appeals to the United States Court of Appeals for the Ninth Circuit Court from the *Judgment in a Criminal Case (for Revocation of Probation or Supervised Release)* entered in the District Court of Guam on September 29, 2006.

Respectfully submitted this 16th day of October, 2006.

CIVILLE & TANG, PLLC

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendant Johnny Wu Su*

ORIGINAL

## CERTIFICATE OF SERVICE

I, G. PATRICK CIVILLE, hereby certify that on April 12, 2006, a copy of the foregoing document was duly served by hand-delivery on Fred Black, Assistant U.S. Attorney, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

Respectfully submitted this 16th day of October, 2006.

**CIVILLE & TANG, PLLC**

By: /s/ G. Patrick Civille
**G. PATRICK CIVILLE**
*Attorneys for Defendant Johnny Wu Su*