| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS  TRANSCRIPT ORDER  *Read Instructions on Back.* | | FOR COURT USE ONLY  DUE DATE: | |
|---|---|---|---|---|
| 1. NAME  G. Patrick Civille | | 2. PHONE NUMBER  (671) 472-8868 | 3. DATE  October 16, 2006 | |
| 4. MAILING ADDRESS  330 Hernan Cortez Avenue, Suite 200 | | 5. CITY  Hagatna | 6. STATE  GU | 7. ZIP CODE  96910 |
| 8. CASE NUMBER  CR-01-00089 | 9. JUDICIAL OFFICIAL  Morrison | DATES OF PROCEEDINGS | | |
| | | 10. FROM  09/27/06 | 11. TO  09/27/06 | |
| 12. CASE NAME  USA vs JOHNNY WU SU | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY  Hagatna | 14. STATE  Guam | |

15. ORDER FOR
- [X] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) OSC on why supervised release conditions should not be revoked; sentencing | 09/27/06 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES  1 | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional)

18. SIGNATURE *(signed)*

19. DATE November 13, 2006

ESTIMATE TOTAL

PROCESSED BY

PHONE NUMBER

FILED  
DISTRICT COURT OF GUAM  
NOV 13 2006  
MARY L.M. MORAN  
CLERK OF COURT

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| ORDER RECEIVED | DATE 11/13/06  BY *(initials)* |
| DEPOSIT PAID | DEPOSIT PAID |
| TRANSCRIPT ORDERED | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE |

(Previous editions of this form may still be used)   ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY

☆ U.S. GPO: 1994-560-605