UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Court of Appeals** |
| | ) | **Docket Number 06-10644** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | District Court |
| | ) | Docket Number **CR-01-00089** |
| | ) | |
| JOHNNY WU SU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF RECORD

This Certificate is submitted in conformance with the U.S. Court of Appeals for the Ninth Circuit Rule 11-2. The record on appeal, consisting of reporter(s) transcripts (if any) and the U.S. District Court clerk's record is ready for the purpose of the appeal. This record is available for use by the parties in the office of the District Court Clerk.

The documents comprising the District Court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedures. These documents numbers are reflected on the District Court docket sheet and should be used for reference purposes in the briefs.

Appeals in Habeas Corpus and 28 U.S.C. §2255 Motion to Vacate Sentence cases are treated as civil appeals in the Court of Appeals. Criminal appeal briefing schedules have been set by Time Schedule Order and no new schedule will be issued upon the filing of this document.

MARY L. M. MORAN, Clerk of Court
DISTRICT COURT OF GUAM

By: *Marilyn B. Alcon*
Deputy Clerk

cc: Frederick Black
G. Patrick Civille

Dated: November 30, 2006

| | | |
|---|---|---|
| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY DUE DATE: |

# TRANSCRIPT ORDER

*Read Instructions on Back.*

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| G. Patrick Civille | (671) 472-8868 | October 16, 2006 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 330 Hernan Cortez Avenue, Suite 200 | Hagatna | GU | 96910 |

| 8. CASE NUMBER | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS | |
|---|---|---|---|
| CR-01-00089 | Morrison | 10. FROM 09/27/06 | 11. TO 09/27/06 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| USA vs JOHNNY WU SU | 13. CITY Hagatna | 14. STATE Guam |

**15. ORDER FOR**
- [X] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | ☒ OTHER (Specify) OSC on why supervised release conditions should not be revoked; sentencing | 09/27/06 |
| ☐ JURY INSTRUCTIONS | | | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES 1 | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: *[signature]*

19. DATE: November 13, 2006

ESTIMATE TOTAL:
PROCESSED BY:
PHONE NUMBER:

**FILED**
DISTRICT COURT OF GUAM
NOV 13 2006
MARY L.M. MORAN
CLERK OF COURT

TRANSCRIPT TO BE PREPARED BY:

COURT ADDRESS:

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | 11/13/06 (VTM) | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | 11/30/06 (VTM) | |
| PARTY RECEIVED TRANSCRIPT | | |

| DEPOSIT PAID | |
| TOTAL CHARGES | |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |

(Previous editions of this form may still be used) ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY