**United States Court of Appeals for the Ninth Circuit**
**Records Department**
**95 Seventh Street**
**San Francisco, California 94103** 

# MEMORANDUM

Date:    April 4, 2007

TO:    Clerk's Office
        USDC Guam

FROM:   ~~Steve Seferian, Records Unit~~ Supervisor

SUBJECT:    Request for Record on Appeal

Pursuant to the request of a Judge/Staff Attorney of this court, please transmit the Record on Appeal in the following case.

Please enclose a copy of this letter with the requested record. Please include all clerks files, reporters transcripts, sealed documents and state lodged documents. Please advise the Records Unit by email at <u>CA09 Records/CA09/09/USCOURTS</u> if this record is only available electronically. IF THE RECORD IS ONLY AVAILABLE ELECTRONICALLY, PLEASE SEND ALL DOCUMENTS THAT ARE NOT AVAILABLE ONLINE (SEALED DOCUMENTS, EXHIBITS, ADMINISTRATIVE RECORDS, ETC.)

| Case Number | Title | District Court Number |
|---|---|---|
| 06-10644 | USA v. Su | CR-01-00089-MCE |


DISTRICT COURT OF GUAM
HAGATNA, GUAM

Please send record directly to:

United States Court of Appeals for the Ninth Circuit
Records Department
95 Seventh Street
San Francisco, California 94103