

**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | C.A. #06-10644 |
| ) | D.C. #CR-01-00089-MCE |
| - vs - ) | |
| ) | |
| JOHNNY WU SU, ) | CLERK'S CERTIFICATE |
| ) | OF TRANSMITTAL |
| Appellant. ) | |

**UNITED STATES OF AMERICA**
**DISTRICT COURT OF GUAM**

I, Mary L.M. Moran, Clerk of the District Court of Guam, for the Territory of Guam, do hereby certify that pursuant to Rule 11 of the Federal Rules of Appellate Procedure Section (a) and (b) for the United States Court of Appeals, I am transmitting herein to the United States Court of Appeals for the Ninth Circuit said documents consecutively numbered according the filing date as shown in the Docket Sheet, attached hereto.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the said District Court of Guam, this 5th day of April, 2007.

MARY L.M. MORAN
CLERK, DISTRICT COURT OF GUAM

By: _____
Deputy Clerk

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | C.A. #06-10644 |
| ) | D.C. #CR-01-00089-MCE |
| - vs - ) | |
| ) | |
| JOHNNY WU SU, ) | |
| ) | |
| Appellant. ) | |
| _____) | |

## RECORD ON APPEAL

## FROM THE TERRITORY OF GUAM

RECORD ON APPEAL
(ONE VOLUME)
REPORTER'S TRANSCRIPT
(DOC #44)

THE HONORABLE MORRISON C. ENGLAND, JR., DESIGNATED JUDGE

NAMES AND ADDRESSES OF ATTORNEYS OF RECORD

G. Patrick Civille
Civille & Tang
330 Hernan Cortez Ave., Ste. 220
Hagatna, Guam 96910

Frederick A. Black
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910

# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN  
CLERK OF COURT

TEL: (671) 473-9100  
FAX: (671) 473-9152

April 5, 2007

Ms. Cathy Catterson  
OFFICE OF THE CLERK  
U.S. COURT OF APPEALS  
 FOR THE NINTH CIRCUIT  
95 Seventh Street  
P.O. Box 193939  
San Francisco, California 94119-3939

Re: **C.A. No. 06-10644 - Criminal Case No. 01-00089-MCE**
 **UNITED STATES OF AMERICA**
   **- vs -**
 **JOHNNY WU SU**

**Attn: Records Department**

Dear Ms. Catterson:

In reference to the above-entitled matter, forwarded is the record transmittal form consisting of the following:

- Record on Appeal **(One Volume)**
- Reporter's Transcript **(Doc #44)**
- Docket Sheet

Sincerely,

Marilyn B. Alcon  
Deputy Clerk

Enclosures

**NOTE: Please return documents when finished. Please acknowledge receipt on attached letter.**