May 29, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 355-7820



**FILED**
DISTRICT COURT OF GUAM
JUN 09 2008
JEANNE G. QUINATA
Clerk of Court

**District Court/Agency:** USDC Guam
**Lower Court Number:** CR-01-00089-MCE
**Appeal Number:** 06-10644
**Short Title:** USA v. Su

### Volumes

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 1 | | | 0 | Certified Copy(ies) | | |
| **Reporters Transcripts in:** | 0 | | | | | | |
| **Bulky Documents in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |
| **State Lodged Docs in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

